UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP; KAPLAN FOX KILSHEIMER LLP; PRETI FLAHERTY BELIVEAU & PACHIOS LLP; and BRAMLETT LAW OFFICES,

                         Plaintiffs,

- against -

GLASSMAN, EDWARDS, WADE WYATT, P.C. AND AUDET & PARTNERS LLP,

                         Defendants.

Judge Koeltl

Case No.: 08-cv-5751

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>DEFENDANTS GLASSMAN, EDWARDS, WADE WYATT, P.C. AND AUDET & PARTNERS LLP</u> (private non-governmental parties) certify that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

NONE

Date: June 26, 2008

                                                          _____
                                                          Signature of Attorney

                                                          Attorney Bar Code: PJ-8553