## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2008, I caused to be mailed a true and correct copy of the foregoing Notice of Removal along with Written Notice of Filing of Removal, Rule 7.1 Statement, Civil Cover Sheet, Individual Practice of Judge John G. Koeltl, and Electronic Case Filing Rules & Instructions, via first class U.S. mail, postage prepaid, to the following:

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
Thomas H. Burt, Esq.
Russell S. Miness, Esq.
270 Madison Avenue
New York, NY 10016

KAPLAN FOX & KILSHEIMER LLP
Richard Kilsheimer, Esq.
850 Third Avenue, 14th Floor
New York, NY 10022

PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP
Gregory P. Hansel, Esq.
One City Center
P.O. Box 9546
Portland, ME 04112-9546

BRAMLETT LAW OFFICES
2400 Crestmoor Road
P.O. Box 150734
Nashville, TN 37215-0734

_____
CHANG-WOO LEE