Peter Jakab (PJ-8553)
FEIN & JAKAB
THE WOOLWORTH BUILDING
233 Broadway • Suite 930
New York, NY 10279
212 732 9290 Ph
212 227 6479 Fx

*Attorneys for Defendants*
GLASSMAN, EDWARDS, WADE & WYATT, P.C.
and AUDET & PARTNERS, LLP

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP;  KAPLAN FOX KILSHEIMER LLP;  PRETI FLAHERTY BELIVEAU & PACHIOS LLP; and BRAMLETT LAW OFFICES,<br><br>                              Plaintiffs,<br><br>               - against -<br><br>GLASSMAN, EDWARDS, WADE & WYATT, P.C. and AUDET & PARTNERS LLP,<br><br>                              Defendants. | **ECF CASE**<br><br>Case No.: 08-cv-5751 (JGK)<br><br>**NOTICE OF MOTION**<br>**TO TRANSFER VENUE** |

TO PLAINTIFFS:

PLEASE TAKE NOTICE Upon the Memorandum of Law in Support and the

accompanying Declaration of Peter Jakab together with its exhibits, pursuant to 28 U.S.C. §1404,

Defendants Glassman, Edwards, Wade & Wyatt, P.C. and Audet & Partners LLP hereby move

this Court for an order transferring this action to the United States District Court for the Western

District of Tennessee.  The grounds for this motion are that this action is a fee dispute between

court-appointed counsel of record in an action pending in the United States District Court for the

Western District of Tennessee, in which proceedings and liens related to this fee dispute are

pending.

Dated: New York, New York

     July 1, 2008

                               FEIN & JAKAB
                               THE WOOLWORTH BUILDING
                               233 Broadway • Suite 930
                               New York, NY 10279
                               (212) 732-9290

                               By: _____/s/_____
                                       PETER JAKAB (PJ-8553)

                               *Attorneys for Defendants*
                               GLASSMAN, EDWARDS, WADE & WYATT, P.C. and AUDET & PARTNERS, LLP