Peter Jakab (PJ-8553)
FEIN & JAKAB
THE WOOLWORTH BUILDING
233 Broadway • Suite 930
New York, NY 10279
212 732 9290 Ph
212 227 6479 Fx

*Attorneys for Defendants*
GLASSMAN, EDWARDS, WADE & WYATT, P.C.
and AUDET & PARTNERS, LLP

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP; KAPLAN FOX KILSHEIMER LLP; PRETI FLAHERTY BELIVEAU & PACHIOS LLP; and BRAMLETT LAW OFFICES,

                              Plaintiffs,

                - against -

GLASSMAN, EDWARDS, WADE WYATT, P.C. AND AUDET & PARTNERS LLP,

                              Defendants.

**ECF CASE**

Case No.:  08 cv 5751 (JGK)

**DECLARATION OF B. J. WADE IN SUPPORT OF MOTION TO TRANSFER TO THE WESTERN DISTRICT OF TENNESSEE AND IN OPPOSITION TO MOTION TO REMAND**

B. J. Wade, being duly sworn, state as follows:

1.      I am a shareholder in the law offices of Glassman, Edwards, Wade & Wyatt, P.C., one of the Defendants in the above-captioned case.  I submit this Declaration in support of Defendants' Motion to Transfer this Action to the United States District Court for the Western District of Tennessee and in Opposition to the Plaintiffs' Motion to Remand.  I have personal knowledge of the facts stated herein.

2.      This Declaration is filed in part to respond to the Declaration of Paul Kent Bramlett filed in support of Plaintiffs' Motion to Remand.

1

3.    The statement in Mr. Bramlett's Declaration in ¶ 5 "At no time were Wade and Audet representing private clients of their own" is a mischaracterization of what occurred.

4.    The law firm of Glassman, Edwards, Wade & Wyatt, P.C. and Audet and Partners, LLP, were representing the plaintiffs in the following cases:

      a.    *PoolPak Technologies Corp. v. Outokumpu Oyj et al*, Cause No.: 2:06-cv-02207-BBD-tmp, filed on April 7, 2006; and

      b.    *United Coolair Corp. v. Outokumpu Oyj et al*, Cause No.:  2:06-cv-02211-SHM-tmp, filed on April 11, 2006.

5.    The docket sheet in these cases clearly show that Glassman, Edwards, Wade & Wyatt, P.C. and Audet and Partners, LLP were counsel of record for the plaintiffs.  Copies of the docket sheets are attached hereto as Exhibits A and B.

6.    Regarding Mr. Bramlett's assertion in ¶ 11 of his Declaration that he expressly authorized the filing of the instant case, I personally spoke with Mr. Bramlett on Monday, June 2, 2008.  At that time, Mr. Bramlett stated he was not aware that either he or his law firm had been named as a party plaintiff in any action filed in the New York courts.  Mr. Bramlett further stated that he did not authorize the filing of this action. He said he had no knowledge of the proceeding, it was a surprise to him, and that it had been filed without his knowledge.

7.    I also spoke with Mr. Bramlett two days later on June 4, 2008 and he stated again that the action was instituted in the New York Supreme Court without his knowledge or authorization.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
B. J. Wade

# U.S. District Court
## Western District of Tennessee (Memphis)
## CIVIL DOCKET FOR CASE #: 2:06-cv-02207-BBD-tmp

PoolPak Technologies Corp. v. Outokumpu Oyj et al
Assigned to: Judge Bernice B. Donald
Referred to: Magistrate Judge Tu M. Pham
Related Case: 2:06-cv-02355-BBD-tmp
Case in other court: USCA, 07-06070
             USCA, 07-06149
             USCA, 07-06150
             07-06151
             USCA, 07-06152
             USCA, 07-06153
Cause: 15:1 Antitrust Litigation

Date Filed: 04/07/2006
Date Terminated: 07/26/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Miscellaneous**

**Glassman, Edwards, Wade & Wyatt, P.C.**

**Miscellaneous**

**Audet & Partners, LLP**

**Plaintiff**

**PoolPak Technologies Corp.**
*on behalf of itself and all others similarly
situated*

represented by **B. J. Wade**
GLASSMAN EDWARDS WADE &
WYATT, P.C.
26 N. Second Street
Memphis, TN 38103
901-527-4673
Fax: 901-521-0940
Email: bwade@gewwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Kent Bramlett**
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215-0734
615-248-2828
Fax: 866-816-4116
Email: pknashlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**



**Twinco Supply Corporation**          represented by  **Gregory P. Hansel**
PRETI FLAHERTY BELIVEAU &
PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
207-791-3000
Email: ghansel@preti.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey B. Gittleman**
BARRACK RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
215-963-0600
Fax: (215) 963-0838
Email: jgittleman@barrack.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph C. Kohn**
KOHN SWIFT & GRAF PC
One South Broad Street
Ste. 2100
Philadelphia, PA 19107-2924
215-238-1700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kemper B. Durand**
THOMASON HENDRIX HARVEY
JOHNSON & MITCHELL
One Commerce Square
40 S. Main St.
Ste. 2900
Memphis, TN 38103-5529
901-525-8721
Fax: 901-525-6722
Email: durandk@thomasonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kendall S. Zylstra**
MARCUS AUERBACH & ZYLSTRA, LLC
P.O. Box 8876
Elkins Park, PA 19027
215-782-3300
Fax: 8888-875-0469

Email: zylstra@marcusauerbach.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard Barrack**
BARRACK RODOS & BACINE
3300 Two Commerce Square
Philadelphia, PA 19103
215-963-0600
Email: barrack@barrack.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall B. Weill**
PRETI FLAHERTY BELIVEAU &
PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
207-791-3000
Email: rweill@preti.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen E. Connolly**
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087
610-822-0276
Email: sconnolly@sbclasslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William E. Hoese**
KOHN SWIFT & GRAF PC
One South Broad Street
Ste. 2100
Philadelphia, PA 19107-2924
215-238-1700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**B. J. Wade**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**United Coolair Corp.**                    represented by **B. J. Wade**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shilvock Company, Inc.**                                    represented by **B. J. Wade**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Outokumpu Oyj**                                            represented by **David Olsky**
                                                             WILMER CUTLER PICKERING HALE
                                                             AND DORR LLP
                                                             1875 Pennsylvania Ave., N.W.
                                                             Washington, DC 20006
                                                             202-663-6446
                                                             Email: David.Olsky@wilmerhale.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Eric Mahr**
                                                             WILMER CUTLER PICKERING HALE &
                                                             DORR LLP
                                                             1875 Pennsylvania Avenue NW
                                                             Washington, DC 20006
                                                             202-663-6446
                                                             Fax: 202-663-6363
                                                             Email: Eric.Mahr@wilmerhale.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jerome A. Broadhurst**
                                                             APPERSON CRUMP & MAXWELL, PLC
                                                             6000 Poplar Ave.
                                                             Ste. 400
                                                             Memphis, TN 38119-3972
                                                             901-756-6300
                                                             Fax: 901-260-5158
                                                             Email: jbroadhurst@appersoncrump.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Michelle D. Miller**
                                                             WILMER CUTLER PICKERING HALE and
                                                             DORR, LLP
                                                             60 State Street
                                                             Boston, MA 02109
                                                             617-526-6000
                                                             Fax: 617-526-5000
                                                             Email: Michelle.Miller@wilmerhale.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd Hettenbach**
WILMER CUTLER PICKERING HALE and
DORR, LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
202-663-6446
Fax: 202-663-6363
Email: Todd.Hettenbach@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Outokumpu Copper Products Oy**            represented by **David Olsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Mahr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerome A. Broadhurst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle D. Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd Hettenbach**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Outokumpu Copper (USA), Inc.**            represented by **David Olsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Mahr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerome A. Broadhurst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle D. Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd Hettenbach**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Outokumpu Copper Franklin, Inc.**                    represented by **David Olsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Mahr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerome A. Broadhurst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle D. Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd Hettenbach**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Outokumpu Heatcraft USA, LLC.**                    represented by **David Olsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Mahr**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerome A. Broadhurst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle D. Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd Hettenbach**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mueller Industries, Inc.**                    represented by **Kelly M. Hnatt**
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
212-728-8502
Fax: 212-728-8111
Email: khnatt@wilkie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maren Wax**
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
202-728-8000
Email: mwax@willkie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew P. Bosher**
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
212-728-8000
Fax: 212-728-8111
Email: mbosher@willkie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Crawford**
WYATT TARRANT & COMBS

P.O. Box 775000
1715 Aaron Brenner Drive Suite 800
Memphis, TN 38120
901-537-1052
Fax: 901-537-1010
Email: lcrawford@wyattfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sameer Nitanand Advani**
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
212-728-8502
Fax: 212-728-8111
Email: sadvani@wilkie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H. Rooney**
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
212-728-8502
Fax: 212-728-8111
Email: wrooney@wilkie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Mueller Europe LTD**                represented by  **Robert L. Crawford**
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177-5000
901-537-1052
Fax: 901-537-1010
Email: lcrawford@wyattfirm.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Wieland Werke AG**

**Defendant**
**KM Europa Metal AG**

**Defendant**
**Trefimetaux SA**                  represented by  **Colin J. Carnahan**
BOULT CUMMINGS CONNERS &
BERRY
1600 Division Street

Ste. 700
Nashville, TN 37203-0025
615-244-2582
Fax: 615-252-6340
Email: ccarnahan@boultcummings.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David I. Gelfand**
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2000 Pennsylvania Ave., N.W.
Washington, DC 20006-1801
202-974-1500
Email: dgelfand@cgsh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew I. Bachrack**
CLEARY GOTTLIEB STEEN &
HAMILTON
2000 Pennsylvania Ave. N.W.
Washington, DC 20006-1801
202-974-1500
Fax: 202-974-1999
Email: mbachrack@cgsh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole Rothe**
CLEARY GOTTLIEB STEEN &
HAMILTON
2000 Pennsylvania Ave., N.W.
Washington, DC 20006-1801
202-974-1500
Fax: 202-974-1999
Email: nrothe@cgsh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul A. Alexis**
BOULT CUMMINGS CONNERS &
BERRY
P.O. Box 340025
1600 Division Street
Ste. 700
Nashville, TN 37203-0025
615-244-2582
Fax: 615-252-6385
Email: palexis@boultcummings.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Europa Metalli Spa**                     represented by  **Colin J. Carnahan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David I. Gelfand**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew I. Bachrack**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole Rothe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul A. Alexis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Wieland Metals, Inc.**                    represented by  **Aidan Synnott**
PAUL WEISS RIFKIND WHARTON &
GARRISON
1285 Avenue of the Americas
New York, NY 10019
212-373-3213
Email: asynnott@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Moses Silverman**
PAUL WEISS RIFKIND WHARTON &
GARRISON
1285 Avenue of the Americas
New York, NY 10019
212/373/3355
Email: msilverman@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susanne M Kandel**
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
Email: SKandel@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James R. Newsom, III**
HARRIS SHELTON HANOVER WALSH,
PLLC.
One Commerce Square
Suite 2700
Memphis, TN 38103
901-525-1455
Fax: 901-526-4084
Email: jnewsom@harrisshelton.com
*ATTORNEY TO BE NOTICED*

## V.

### Respondent

### WOLF HALDENSTEIN, et al

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 04/07/2006 | 1 | COMPLAINT against Mueller Industries, Inc., Mueller Europe LTD, Wieland Werke AG, KM Europa Metal AG, Trefimetaux SA, Europa Metalli Spa, Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC.. (Filing fee $ 250.00) , filed by PoolPak Technologies Corp.. (Attachments: # 1 Civil Cover Sheet)(cas) (Entered: 04/10/2006) |
| 04/10/2006 |   | Case initiation fee of $250.00 received. Receipt number M100928 (cas) (Entered: 04/11/2006) |
| 04/18/2006 |   | Summons Issued as to Mueller Industries, Inc., Mueller Europe LTD, Wieland Werke AG, KM Europa Metal AG, Trefimetaux SA, Europa Metalli Spa, Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC.. (cas) (Entered: 04/25/2006) |
| 04/27/2006 | 2 | MOTION to Consolidate Cases *Proposed Order to Consolidate Related Class Action Cases, Coordinate All Related Cases and Appoint Interim Co-Lead and Liaison Counsel is being submitted to the Judge,* MOTION to Appoint Counsel by PoolPak Technologies Corp.. (Attachments: # 1 Certificate of Consultation Certificate of Consultation# 2 Memorandum Memorandum of Law in Support of Joint Motion for Consolidation, Coordination and For Appointment of Interim Class and Liaison Counsel# 3 Exhibit 1 - MJF Affidavit# 4 Exhibit - Exh. A. - WHAFH resume# 5 Exhibit 1 - Exhibit a - Copper order# 6 Exhibit 2 - Smith v. AON order# 7 Exhibit 3 - Audet affidavit and resume# 8 Exhibit 4 - Copper order# 9 Exhibit |

| | | |
|---|---|---|
| | | 5 - BJW affidavit# 10 Exhibit 5 - exhibit a - BJW resume# 11 Errata Exhibit 6 - Hansell affidavit and exh. a# 12 Exhibit 7 - Bramlett resume)(Wade, B.) Modified on 5/15/2006 (jml, ). (Entered: 04/27/2006) |
| 04/28/2006 | 3 | ORDER REFERRING MOTION: 2 MOTION to Consolidate Cases *Proposed Order to Consolidate Related Class Action Cases, Coordinate All Related Cases and Appoint Interim Co-Lead and Liaison Counsel is being submitted to the Judge* MOTION to Appoint Counsel filed by PoolPak Technologies Corp., . Signed by Judge Bernice B. Donald on 4/28/2006. (Donald, Bernice) (Entered: 04/28/2006) |
| 05/02/2006 | 4 | SUMMONS Returned Executed by PoolPak Technologies Corp.. Outokumpu Heatcraft USA, LLC. served on 4/28/2006, answer due 5/18/2006. (Wade, B.) (Entered: 05/02/2006) |
| 05/02/2006 | 5 | SUMMONS Returned Executed by PoolPak Technologies Corp.. Outokumpu Copper Franklin, Inc. served on 4/28/2006, answer due 5/18/2006. (Wade, B.) (Entered: 05/02/2006) |
| 05/03/2006 | 6 | RESPONSE to Motion re 2 MOTION to Consolidate Cases *Proposed Order to Consolidate Related Class Action Cases, Coordinate All Related Cases and Appoint Interim Co-Lead and Liaison Counsel is being submitted to the Judge* MOTION to Appoint Counsel MOTION to Appoint Counsel MOTION to Appoint Counsel MOTION to Appoint Counsel filed by Mueller Industries, Inc.. (Crawford, Robert) (Entered: 05/03/2006) |
| 05/05/2006 | 7 | SUMMONS Returned Executed by PoolPak Technologies Corp.. Outokumpu Copper (USA), Inc. served on 5/1/2006, answer due 5/22/2006. (Wade, B.) (Entered: 05/05/2006) |
| 05/09/2006 | 8 | SUMMONS Returned Executed by PoolPak Technologies Corp.. Mueller Industries, Inc. served on 5/8/2006, answer due 5/30/2006. (Wade, B.) (Entered: 05/09/2006) |
| 05/17/2006 | 9 | MOTION for Extension of Time to File Answer *Proposed Order Submitted* by Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC.. (Attachments: # 1 Memorandum in Support of Agreed Motion for Additional Time Within Which to Answer# 2 Certificate of Consultation)(Broadhurst, Jerome) (Entered: 05/17/2006) |
| 05/24/2006 | 10 | MOTION for Extension of Time to File Answer *Proposed Order Submitted* by Mueller Industries, Inc.. (Crawford, Robert) (Entered: 05/24/2006) |
| 05/24/2006 | 11 | MEMORANDUM in Support re 10 MOTION for Extension of Time to File Answer *Proposed Order Submitted* filed by Mueller Industries, Inc.. (Crawford, Robert) (Entered: 05/24/2006) |
| 05/24/2006 | 12 | NOTICE by Mueller Industries, Inc. re 10 MOTION for Extension of Time to File Answer *Proposed Order Submitted,* 11 Memorandum in Support of Motion *Certificate of Consultation* (Crawford, Robert) (Entered: 05/24/2006) |
| 05/24/2006 | 13 | MOTION for Extension of Time to File Answer *Proposed Order Submitted* by Mueller Industries, Inc.. (Crawford, Robert) (Entered: 05/24/2006) |
| 05/25/2006 | 14 | ORDER granting 2 Motion to Consolidate Cases and Coordinate Related Actions, RECOMMENDS 2 Plaintiff's Motion to Appoint Plaintiffs' Interim Lead Counsel & Laison Counsel be granted, granting 9 Defendants' Motion for Extension of Time to Answer, granting 10 Defendants' Motion for Extension of Time to Answer, granting 13 Motion for Extension of Time to Answer. Signed by Judge Tu M. Pham on 5/24/06. (Pham, Tu) (Entered: 05/25/2006) |

| 05/26/2006 | 15 | COURTESY NOTICE: Pursuant to Rule 5 of the Federal Rules of Civil Procedure, document 10 MOTION for Extension of Time to File Answer *Proposed Order Submitted* filed by Mueller Industries, Inc.,, 11 Memorandum in Support of Motion filed by Mueller Industries, Inc., has been filed. For future reference, please note FYI......Motion, Memorandum and Certificate of Consultation MUST be linked. Motion will be your main document and Memorandum and Cert. of Consultation to be attached documents and so on. You should receive only one docket entry number.. Filer is not required to resubmit document. (jml, ) (Entered: 05/26/2006) |
|---|---|---|
| 06/09/2006 | 16 | SETTING LETTER: Scheduling Conference set for 7/20/2006 10:00 AM in Courtroom 6 - Memphis before Tu M. Pham. (bdg, ) (Entered: 06/09/2006) |
| 06/21/2006 | 17 | WAIVER OF SERVICE Returned Executed by PoolPak Technologies Corp.. Mueller Europe LTD waiver sent on 6/20/2006, answer due 8/21/2006. (Wade, B.) (Entered: 06/21/2006) |
| 06/23/2006 | 18 | AMENDED COMPLAINT *Consolidated Amended Class Action Complaint* against Mueller Industries, Inc., Mueller Europe LTD, Wieland Werke AG, KM Europa Metal AG, Trefimetaux SA, Europa Metalli Spa, Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC., filed by Twinco Supply Corporation, United Coolair Corp., PoolPak Technologies Corp.. (Wade, B.) (Entered: 06/23/2006) |
| 06/23/2006 | 19 | COURTESY NOTICE: Pursuant to Rule 5 of the Federal Rules of Civil Procedure, document 17 Waiver of Service Executed filed by PoolPak Technologies Corp., has been filed. For future reference, please note the court does not file wavier of serivce of summons. For questions please call 901-495-1505. Filer is not required to resubmit document. (jml, ) (Entered: 06/23/2006) |
| 06/30/2006 | 20 | MOTION Adjournment of Rule 16 Conference *Unopposed (Proposed Order Submitted)* by Mueller Industries, Inc., Outokumpu Copper (USA), Inc.. (Attachments: # 1 Certificate of Consultation # 2 Memorandum in Support of Unopposed Motion)(Crawford, Robert) (Entered: 06/30/2006) |
| 07/06/2006 | 21 | ORDER granting 20 Unopposed Motion of Defendants to Adjourn the Rule 16 Conference. Scheduling Conference reset to 9/14/06 at 9:30 a.m. before Mag Judge Tu M. Pham, CR #6. Signed by Judge Tu M. Pham on 7/6/06. (Pham, Tu) (Entered: 07/06/2006) |
| 07/06/2006 |  | Set Deadlines/Hearings: Rule 16 Scheduling Conference reset for 9/14/2006 09:30 AM before Tu M. Pham. (jml, ) (Entered: 07/11/2006) |
| 07/14/2006 | 22 | MOTION for Leave to Appear Pro Hac Vice *proposed order submitted* by Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC.. (Attachments: # 1 Affidavit Attorney Certification Hettenbach# 2 Affidavit Attorney Certification Mahr# 3 Affidavit Attorney Certification Miller# 4 Affidavit Attorney Certification Olsky)(Broadhurst, Jerome) (Entered: 07/14/2006) |
| 07/19/2006 | 23 | ORDER granting 22 Motion of Michelle D. Miller, Eric Mahr, David Olksy and Todd Hettenbach for Leave to Appear Pro Hac Vice . Signed by Judge Bernice B. Donald on 7/17/2006. (Donald, Bernice) (Entered: 07/19/2006) |
| 07/21/2006 |  | Filing fee: $ 400.00, receipt number M102604 Motion Pro Hac Vice Fees for Michelle |

| | | |
|---|---|---|
| | | Miller, Eric Mahr, David Olksy and Todd Hettenback (vlg ) (Entered: 07/21/2006) |
| 07/25/2006 | 24 | COURTESY NOTICE: Pursuant to Rule 5 of the Federal Rules of Civil Procedure, document 22 MOTION for Leave to Appear Pro Hac Vice *proposed order submitted* filed by Outokumpu Oyj,, Outokumpu Copper Products Oy,, Outokumpu Copper (USA), Inc.,, Outokumpu Copper Franklin, Inc.,, Outokumpu Heatcraft USA, LLC., has been filed. For future reference, please note that Motion Pro Hac Vices should be submitted from our website under policies and procedures, then click on the proper link.. Filer is not required to resubmit document. (jml, ) (Entered: 07/25/2006) |
| 08/07/2006 | 25 | Unopposed MOTION for Admission Pro Hac Vice of Matthew P. Bosher by Mueller Industries, Inc. (Proposed Order Submitted) Fee Paid Receipt No. M102854 (Attachments: # 1 Exhibit Certificate of Good Standing# 2 Certificate of Consultation # 3 Exhibit Declaration of Bosher)(vlg ) (Entered: 08/07/2006) |
| 08/07/2006 | 26 | Unopposed MOTION for Admission to Appear Pro Hac Vice of Kelly M. Hnatt by Mueller Industries, Inc. (Proposed Order Submitted) Fee Paid Receipt No. M102854 (Attachments: # 1 Exhibit Certificate of Good Standing# 2 Certificate of Consultation # 3 Exhibit Declaration of Hnatt)(vlg ) (Entered: 08/07/2006) |
| 08/07/2006 | 27 | Unopposed MOTION for Admission to Appear Pro Hac Vice William Rooney by Mueller Industries, Inc. (Proposed Order Submitted) Fee Paid Receipt No. M102854 (Attachments: # 1 Exhibit Certificate of Good Standing# 2 Certificate of Consultation # 3 Exhibit Declaration of Rooney)(vlg ) (Entered: 08/07/2006) |
| 08/07/2006 | 28 | Unopposed MOTION for Admission Pro Hac Vice of Sameer Nitanand Advani by Mueller Industries, Inc.(Proposed Order Submitted) Fee Paid Receipt No. M102854 (Attachments: # 1 Exhibit Certificate of Good Standing# 2 Certificate of Consultation # 3 Exhibit Declaration of Sameer Advani)(vlg ) (Entered: 08/07/2006) |
| 08/07/2006 | 29 | Unopposed MOTION for Admission Pro Hac Vice Maren Wax by Mueller Industries, Inc. (Proposed Order Submitted) Fee Paid Receipt No. M102854 (Attachments: # 1 Exhibit Certificate of Good Standing# 2 Certificate of Consultation # 3 Exhibit Declaration of Maren Wax)(vlg ) (Entered: 08/07/2006) |
| 08/09/2006 | 30 | ORDER granting 29 Motion for Maren H. P. Wax, Esq. Leave to Appear Pro Hac Vice . Signed by Judge Bernice B. Donald on 8/9/2006. (Donald, Bernice) (Entered: 08/09/2006) |
| 08/10/2006 | 31 | ORDER granting 25 Motion of Matthew P. Bosher for Leave to Appear Pro Hac Vice . Signed by Judge Bernice B. Donald on 8/10/2006. (Donald, Bernice) (Entered: 08/10/2006) |
| 08/10/2006 | 32 | ORDER granting 26 Motion of Kelly M. Hnatt for Leave to Appear Pro Hac Vice . Signed by Judge Bernice B. Donald on 8/10/2006. (Donald, Bernice) (Entered: 08/10/2006) |
| 08/10/2006 | 33 | ORDER granting 27 Motion of William H. Rooney for Leave to Appear Pro Hac Vice . Signed by Judge Bernice B. Donald on 8/10/2006. (Donald, Bernice) (Entered: 08/10/2006) |
| 08/10/2006 | 34 | ORDER granting 28 Motion of Sameer Nitanand Advani, Esq. for Leave to Appear Pro Hac Vice . Signed by Judge Bernice B. Donald on 8/10/2006. (Donald, Bernice) (Entered: 08/10/2006) |
| 08/14/2006 | 35 | MOTION for Leave to File *proposed order submitted* by Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC.. (Attachments: # 1 Memorandum in Support of Motion for |

|  |  | Leave to File Brief in Excess of 20 Pages# 2 Certificate of Consultation re Motion to Exceed 20-page Limit)(Broadhurst, Jerome) (Entered: 08/14/2006) |
|---|---|---|
| 08/15/2006 | 36 | ORDER granting 35 Motion for Leave to File Brief in Excess of Twenty Pages. Signed by Judge Bernice B. Donald on 8/15/2006. (Donald, Bernice) (Entered: 08/15/2006) |
| 08/16/2006 | 37 | MOTION for Leave to File *Brief in Excess of Twenty Pages [Proposed Order submitted]* by Mueller Industries, Inc.. (Attachments: # 1 Memorandum in Support of Unopposed Motion for Leave to File Brief in Excess of Twenty Pages# 2 Certificate of Consultation # 3 Certificate of Service)(Crawford, Robert) (Entered: 08/16/2006) |
| 08/18/2006 | 38 | ORDER granting 37 Mueller Industries, Inc.'s Motion to File Brief in Excess of 20 Pages. Signed by Judge Tu M. Pham on 8/18/06. (Pham, Tu) (Entered: 08/18/2006) |
| 08/22/2006 | 39 | MOTION to Dismiss *the Consolidated Amended Class Action Complaint* by Mueller Industries, Inc.. (Attachments: # 1 Memorandum of Law in Support of Defendant Mueller Industries, Inc.'s Motino to Dismiss the Consolidated Amended Class Action Complaint# 2 Declaration of Matthew P. Bosher# 3 Exhibit 1 to Declaration of Matthew P. Bosher# 4 Exhibit 2 to Declaration of Matthew P. Bosher# 5 Exhibit 3 to Declaration of Matthew P. Bosher# 6 Exhibit 4 to Declaratino of Patthew P. Bosher# 7 Exhibit 5 to Declaration of Matthew P. Bosher# 8 Exhibit 6 to Declaration of Matthew P. Bosher# 9 Compendium of Unreported Decisions Cited in Memorandum of Law in Support of Defendant Mueller Industries, Inc.'s Motion to Dismiss the Consolidated Amended Class Action Complaint# 10 Certificate of Service)(Crawford, Robert) (Entered: 08/22/2006) |
| 08/22/2006 | 40 | MOTION to Dismiss *the Consolidated Amended Class Action Complaint* by Mueller Europe LTD. (Attachments: # 1 Memorandum of Law in Support of Defendant Mueller Europe Ltd,'s Motion to Dismiss the Consolidated Amended Class Action Complaint# 2 Declaration of Patrick W. Donovan# 3 Declaration of Matthew P. Bosher# 4 Exhibit 1 to Declaration of Matthew P. Bosher# 5 Exhibit 2 to Declaration of Matthew P. Bosher# 6 Exhibit 3 to Declaration of Matthew P. Bosher# 7 Exhibit 4 to Declaration of Matthew P. Bosher# 8 Exhibit 5 to Declaration of Matthew P. Bosher# 9 Exhibit 6 to Declaration of Matthew P. Bosher# 10 Compendium of Unreported Decisions Cited in Memorandum of Law in SUpport of Defendant Mueller Europe Ltd.'s Motion to Dismiss the Consolidated Amended Class Action Complaint# 11 Certificate of Service)(Crawford, Robert) (Entered: 08/22/2006) |
| 08/22/2006 | 41 | MOTION to Dismiss by Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC.. (Attachments: # 1 Memorandum of Law in Support of Motion by Outokumpu Defendants to Dismiss the Consolidated Amended Class Action Complaint# 2 Exhibit 1to Memorandum--Dec.16, 2003 Decision of the European Commission# 3 Exhibit 2 to Memorandum--Amended Class Action Complaint filed in Sniado v. Bank Austria# 4 Exhibit 3 to Memorandum--Second Consolidated Amended Class Action Complaint filed in In re Elevator Antitrust Litigation# 5 Exhibit 4 to Memorandum--European Commission Press Release (March 23, 2001)# 6 Exhibit 5 to Memorandum--New York Times Article (March 24, 2001)# 7 Exhibit 6 to Memorandum--Reuters Article (March 23, 2001)# 8 Exhibit 7 to Memorandum--Selected additional news articles discussing E.C. Investigation in March 2001# 9 Exhibit 8 to Memorandum--Outokumpu Oyj Press Release dated March 22, 2001# 10 Exhibit 9 to Memorandum--Outokumpu Oyj Stock Market Release dated May 9, 2001# 11 Exhibit 10 to Memorandum--Outokumpu Oyj 2001 Annual Report# 12 Exhibit 11 to Memorandum--Declaration of Ulf Anvin# 13 Exhibit 12 to Memorandum--Declaration of Kalle Luoto# 14 Exhibit 13 to Memorandum--Declaration of Jyrki Siltala# 15 Exhibit 14 to |

|  |  | Memorandum--Declaration of Ronald Beal# 16 Exhibit 15 to Memorandum--Declaration of Mark Jantzen# 17 Exhibit 16 to Memorandum--Compendium of Unreported Cases Cited in the Outokumpu Defendants' Memorandum of Law in Support of their Motion to Dismiss) (Broadhurst, Jerome) (Entered: 08/22/2006) |
| 08/29/2006 | 42 | MOTION Adjourn the Rule 16 Conference *proposed Order submitted* by Mueller Industries, Inc., Outokumpu Copper Franklin, Inc.. (Attachments: # 1 Memorandum in Support of the Unopposed Motion of Defendants to Adjourn the Rule 16 Conference# 2 Certificate of Consultation Certificate of Consultation)(Crawford, Robert) (Entered: 08/29/2006) |
| 08/31/2006 | 43 | ORDER Granting in part 42 Unopposed Motion of Defendants to Adjourn the Rule 16 Conference. Scheduling Conference reset to 10/19/06 at 9:45 am before MJ Tu M. Pham. Signed by Judge Tu M. Pham on 8/31/06. (Pham, Tu) (Entered: 08/31/2006) |
| 08/31/2006 |  | Set Deadlines/Hearings: Scheduling Conference set for 10/19/2006 09:45 AM before Tu M. Pham. (jml, ) (Entered: 09/01/2006) |
| 09/20/2006 | 44 | Joint MOTION to Establish a Briefing Schedule *[proposed order submitted]* by Mueller Industries, Inc., Mueller Europe LTD, Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC.. (Attachments: # 1 Memorandum in Support of Joint Motion to Establish a Briefing Schedule# 2 Certificate of Consultation in Support of Joint Motion to Establish a Briefing Schedule)(Crawford, Robert) (Entered: 09/20/2006) |
| 10/05/2006 | 45 | MOTION to Adjourn the Rule 16 Conferences *[proposed order submitted]* by Mueller Industries, Inc., Outokumpu Copper Franklin, Inc.. (Attachments: # 1 Memorandum in Support of Motion of Defendants to Adjourn the Rule 16 Conferences# 2 Certificate of Consultation regarding Motion of Defendants to Adjourn the Rule 16 Conferences# 3 Certificate of Service)(Crawford, Robert) (Entered: 10/05/2006) |
| 10/12/2006 | 46 | RESPONSE in Opposition re 45 MOTION to Adjourn the Rule 16 Conferences *[proposed order submitted]* filed by PoolPak Technologies Corp., Twinco Supply Corporation, United Coolair Corp.. (Wade, B.) (Entered: 10/12/2006) |
| 10/13/2006 | 47 | ORDER granting 45 Defendants' Motion to Adjourn the Rule 16 Conferences. Scheduling conference reset to 12/7/06 at 9:30 am before Magistrate Judge Tu M. Pham. Signed by Judge Tu M. Pham on 10/13/06. (Pham, Tu) (Entered: 10/13/2006) |
| 10/13/2006 |  | Set Deadlines/Hearings: Scheduling Conference reset for 12/7/2006 09:30 AM before Bernice B. Donald. (jml, ) (Entered: 10/17/2006) |
| 11/29/2006 | 48 | SUMMONS Returned Executed by PoolPak Technologies Corp.. Trefimetaux SA served on 10/13/2006, answer due 11/2/2006. (Wade, B.) (Entered: 11/29/2006) |
| 12/05/2006 | 49 | AGREED ORDER ON DISCOVERY Signed by Judge Tu M. Pham on 12/5/06.....discovery will commence, and initial disclosures will be exchanged, on the 30th day following the entry of an Order by the Court resolving the last of defendants' respective motions to dismiss the complaints in the Actions...the scheduling conference set for December 7, 2006 is canceled. The parties shall appear for a telephone status conference before the Magistrate Judge on Thursday, March 15, 2007 at 9:30am (cst). Lead counsel for plaintiffs shall initiate the conference call. (wmw, ) (Entered: 12/05/2006) |
| 12/08/2006 | 50 | MOTION to Amend/Correct 18 Amended Complaint, *proposed order submitted* by PoolPak Technologies Corp., Twinco Supply Corporation, United Coolair Corp.. (Attachments: # 1 |

| | | Certificate of Consultation # 2 Memorandum # 3 Amended Complaint)(Wade, B.) (Entered: 12/08/2006) |
|---|---|---|
| 12/18/2006 | 51 | ORDER Granting 50 Plaintiffs' Unopposed Motion for Leave to Amend the Consolidated Amended Class Action Complaint. Plaintiffs shall have five (5) days from the date of this order to amend the consolidated amended class action complaint. Signed by Judge Tu M. Pham on 12/18/06. (Pham, Tu) (Entered: 12/18/2006) |
| 01/16/2007 | 52 | CORPORATE DISCLOSURE STATEMENT filed by Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC. listing corporate parent as. (Broadhurst, Jerome) (Entered: 01/16/2007) |
| 01/22/2007 | 53 | MOTION for Leave to File Excess Pages *[proposed order submitted]* by Mueller Industries, Inc., Mueller Europe LTD, Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC.. (Attachments: # 1 Memorandum in Support of Unopposed Motion for Leave to File Excess Pages# 2 Certificate of Consultation regarding Unopposed Motion for Leave to File Excess Pages# 3 Exhibit Certificate of Service)(Crawford, Robert) (Entered: 01/22/2007) |
| 01/25/2007 | 54 | CORPORATE DISCLOSURE STATEMENT filed by Mueller Industries, Inc. listing corporate parent as *[there is no parent company]*. (Crawford, Robert) (Entered: 01/25/2007) |
| 01/25/2007 | 55 | MOTION for Extension of Time to File *Motion for an Order Governing Discovery [proposed order submitted]* by Mueller Industries, Inc., Outokumpu Copper Franklin, Inc.. (Attachments: # 1 Memorandum of Defendants Mueller Industries, Inc. and Outokumpu Franklin, Inc. in Support of Their Agreed Motion for an Extension of Time to Submit Motion for an Order Governing Discovery# 2 Certificate of Consultation re Agreed Motion# 3 Exhibit Certificate of Service)(Crawford, Robert) (Entered: 01/25/2007) |
| 01/25/2007 | 56 | MOTION for Extension of Time to File *Motion for an Order Governing Discovery [proposed order submitted]* by Mueller Industries, Inc., Outokumpu Copper Franklin, Inc.. (Attachments: # 1 Memorandum of Defendants in Support of Their Agreed Motion for Extension of Time to Submit Motion for an Order# 2 Certificate of Consultation re Agreed Motion# 3 Exhibit Certificate of Service)(Crawford, Robert) (Entered: 01/25/2007) |
| 01/26/2007 | 57 | ORDER Granting 56 Agreed Motion of Defendants Mueller Industries, Inc. and Outokumpu Franklin, Inc. for an Extension of Time to Submit Motion for an Order Governing Discovery. Moving defendnats shall have up to and including 2/9/07 to move the court for an order governing the manner in which discovery will proceed. Signed by Judge Tu M. Pham on 1/26/07. (Pham, Tu) (Entered: 01/26/2007) |
| 01/30/2007 | 58 | MOTION to Amend/Correct *the Second Consolidated Amended Class Action Complaint (Proposed Order submitted)* by PoolPak Technologies Corp., Twinco Supply Corporation, United Coolair Corp.. (Attachments: # 1 Exhibit A# 2 Certificate of Consultation # 3 Memorandum)(Wade, B.) (Entered: 01/30/2007) |
| 01/30/2007 | 59 | ORDER granting 53 Motion for Leave to File Excess Pages. Signed by Judge Bernice B. Donald on 01/30/2007. (Donald, Bernice) (Entered: 01/30/2007) |
| 01/31/2007 | 60 | ORDER Granting 58 Agreed Motion of Plaintiffs for Leave to Amend the Second Consolidated Amended Class Action Complaint. Plaintiffs may serve & file the Third Consolidated Amended Class Action Complaint on or before 2/2/07. Signed by Judge Tu M. |

| | | |
|---|---|---|
| | | Pham on 1/31/07. (Pham, Tu) (Entered: 01/31/2007) |
| 01/31/2007 | 61 | AMENDED COMPLAINT *Third Consolidated Amended Class Action Complaint (please hold Summons, plaintiffs' counsel will pick up from clerk's office)* against all defendants all defendants., filed by PoolPak Technologies Corp., Twinco Supply Corporation, United Coolair Corp.. (Attachments: # 1 Wieland Metals, Inc.) (Wade, B.) (Entered: 01/31/2007) |
| 02/07/2007 | 62 | MOTION for Extension of Time to File Response/Reply */Submit Plaintiffs' Response to Defendants' Motion for an Order Governing Discovery (proposed order submitted)* by PoolPak Technologies Corp., Twinco Supply Corporation, United Coolair Corp.. (Attachments: # 1 Memorandum # 2 Certificate of Consultation # 3 certificate of service) (Wade, B.) (Entered: 02/07/2007) |
| 02/08/2007 | 63 | ORDER granting 62 Agreed Motion for Extension of Time to Submit Plaintiffs' Response to Defendants' Motions for an Order Governing Discovery. Moving plaintiffs shall have up to and including 3/2/07 to respond to defendants' motion for an order governing the manner in which discovery will proceed. Signed by Magistrate Judge Tu M. Pham on 6/8/07'. (Pham, Tu) (Entered: 02/08/2007) |
| 02/09/2007 | 64 | NOTICE of Appearance by Colin J. Carnahan on behalf of Trefimetaux SA, Europa Metalli Spa (Carnahan, Colin) (Entered: 02/09/2007) |
| 02/09/2007 | 65 | MOTION To Phase Discovery by Mueller Industries, Inc., Mueller Europe LTD, Trefimetaux SA, Europa Metalli Spa, Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC.. (Carnahan, Colin) (Entered: 02/09/2007) |
| 02/09/2007 | 66 | MEMORANDUM in Support re 65 MOTION To Phase Discovery filed by Mueller Industries, Inc., Mueller Europe LTD, Trefimetaux SA, Europa Metalli Spa, Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC.. (Attachments: # 1 Appendix A - Case Law)(Carnahan, Colin) (Entered: 02/09/2007) |
| 02/09/2007 | 67 | REPORT of Rule 26(f) Planning Meeting. (Carnahan, Colin) (Entered: 02/09/2007) |
| 02/13/2007 | 68 | COURTESY NOTICE: Pursuant to Rule 5 of the Federal Rules of Civil Procedure, document 65 MOTION To Phase Discovery filed by Trefimetaux SA,, Europa Metalli Spa,, Mueller Industries, Inc.,, Mueller Europe LTD,, Outokumpu Oyj,, Outokumpu Copper Products Oy,, Outokumpu Copper (USA), Inc.,, Outokumpu Copper Franklin, Inc.,, Outokumpu Heatcraft USA, LLC.,, 66 Memorandum in Support of Motion, filed by Trefimetaux SA,, Europa Metalli Spa,, Mueller Industries, Inc.,, Mueller Europe LTD,, Outokumpu Oyj,, Outokumpu Copper Products Oy,, Outokumpu Copper (USA), Inc.,, Outokumpu Copper Franklin, Inc.,, Outokumpu Heatcraft USA, LLC., has been filed. For future reference, please note that the memorandum should have been submitted as an attached document to the motion, receiving only one docket entry number.. Filer is not required to resubmit document. (jml, ) (Entered: 02/13/2007) |
| 02/16/2007 | 69 | SUMMONS Returned Executed by Shilvock Company, Inc., PoolPak Technologies Corp., Twinco Supply Corporation, United Coolair Corp.. Wieland Metals, Inc. served on 2/6/2007, answer due 2/26/2007. (Attachments: # 1 Affidavit of Service)(Wade, B.) (Entered: 02/16/2007) |
| 02/22/2007 | 70 | SETTING LETTER: Status Conference set for 5/17/2007 09:30 AM (cst)in Courtroom 6 - |

| | | Memphis before Magistrate Judge Tu M. Pham. (wmw, ) (Entered: 02/22/2007) |
|---|---|---|
| 02/22/2007 | 71 | MOTION for Extension of Time to File Answer re 61 Amended Complaint, *or Otherwise Respond by Agreement (Proposed order submitted)* by Wieland Metals, Inc.. (Attachments: # 1 Memorandum in Support of Agreed Motion of Defendant Wieland Metals, Inc. for Additional Time Within Which to Answer or Otherwise Respond# 2 Certificate of Consultation)(Newsom, James) (Entered: 02/22/2007) |
| 02/22/2007 | 72 | ORDER Granting 71 Agreed Motion of Defendant Wieland Metals, Inc. for Additional Time Within Which to Answer or Otherwise Respond. Wieland Metals' Answer due 3/29/07. Signed by Magistrate Judge Tu M. Pham on 2/22/07. (Pham, Tu) (Entered: 02/22/2007) |
| 02/23/2007 | 73 | CORPORATE DISCLOSURE STATEMENT filed by Trefimetaux SA listing corporate parent as *KM Europa Metal AG, which is wholly owned by KME Group S.p.A.*. (Carnahan, Colin) (Entered: 02/23/2007) |
| 02/23/2007 | 74 | CORPORATE DISCLOSURE STATEMENT filed by Europa Metalli Spa listing corporate parent as *KM Europa Metal AG, which is wholly-owned by KME Group S.p.A.*. (Carnahan, Colin) (Entered: 02/23/2007) |
| 02/27/2007 | 75 | CORPORATE DISCLOSURE STATEMENT filed by Wieland Metals, Inc. listing corporate parent as. (Newsom, James) (Entered: 02/27/2007) |
| 03/02/2007 | 76 | RESPONSE in Opposition re 65 MOTION To Phase Discovery filed by Shilvock Company, Inc., PoolPak Technologies Corp., Twinco Supply Corporation, United Coolair Corp.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Certificate of Service)(Wade, B.) (Entered: 03/02/2007) |
| 03/07/2007 | 77 | ORDER Ggranting 55 Agreed Motion of Defendants Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC, Mueller Industries, Inc., and Mueller Europe Ltd., for Additional Time Within Which to Answer or Otherwise Respond. Moving Defendants shall have up to and including 4/27/07 to answer or respond. (TEXT ONLY - NO IMAGE ATTACHED). Signed by Magistrate Judge Tu M. Pham on 3/7/07. (Pham, Tu) (Entered: 03/07/2007) |
| 03/07/2007 | 78 | NOTICE by Mueller Industries, Inc. *of Filing and Service of Correspondence From the European Commission's Director of Anti-Cartel Enforcement* (Attachments: # 1 Exhibit A - Correspondence)(Crawford, Robert) (Entered: 03/07/2007) |
| 03/07/2007 | 79 | MOTION for Leave to File *Reply Brief in Support of Motion to Phase Discovery, proposed order submitted* by Mueller Industries, Inc., Mueller Europe LTD, Trefimetaux SA, Europa Metalli Spa, Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC.. (Attachments: # 1 Memorandum In Support of Motion# 2 Certificate of Consultation)(Carnahan, Colin) (Entered: 03/07/2007) |
| 03/08/2007 | 80 | MOTION FOR ADMISSION PRO HAC VICE OF DAVID I. GELFAND (proposed order submitted) by Trefimetaux SA, Europa Metalli Spa. (Attachments: # 1 Certificate of Good Standing# 2 Declaration# 3 Pro Hac Vice Fee Receipt)(fsh, ) (Entered: 03/08/2007) |
| 03/08/2007 | 81 | ORDER granting 79 Unopposed Motion of Certain Defendants for Leave to File a Reply Brief in Support of Their Motion to Phase Discovery. Moving defendants shall have until 3/12/07 to file said reply. Signed by Magistrate Judge Tu M. Pham on 3/8/07. (Pham, Tu) |

| | | |
|---|---|---|
| | | (Entered: 03/08/2007) |
| 03/08/2007 | 82 | ORDER granting 80 Motion for Leave to Appear Pro Hac Vice. Signed by Judge Bernice B. Donald on 03/08/2007. (Donald, Bernice) (Entered: 03/08/2007) |
| 03/12/2007 | 83 | MEMORANDUM in Support re 65 MOTION To Phase Discovery *Reply Memorandum in Further Support of Motion* filed by Mueller Industries, Inc., Mueller Europe LTD, Trefimetaux SA, Europa Metalli Spa, Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC.. (Carnahan, Colin) (Entered: 03/12/2007) |
| 03/12/2007 | 84 | Joint MOTION to Continue *proposed order submitted* by Shilvock Company, Inc., PoolPak Technologies Corp., Twinco Supply Corporation, United Coolair Corp.. (Wade, B.) (Entered: 03/12/2007) |
| 03/12/2007 | 86 | MOTION for Leave to Appear Pro Hac Vice as to Aidan Synnott by Wieland Metals, Inc.. Proposed Order Submitted...****FILING FEE PAID****(certifcate of good standing follows motion) (jml, ) Modified on 3/14/2007 (jml, )as to atty name. (Entered: 03/14/2007) |
| 03/12/2007 | 87 | MOTION for Leave to Appear Pro Hac Vice as to Moses Silverman by Wieland Metals, Inc.. Proposed Order Submitted....****FILING FEE PAID****(certifcate of good standing follows motion)(jml, ) (Entered: 03/14/2007) |
| 03/12/2007 | 88 | MOTION for Leave to Appear Pro Hac Vice as to Susanne M. Kandel by Wieland Metals, Inc.. Proposed Order Submitted....****FILING FEE PAID**** ****(certifcate of good standing follows motion)(jml, ) (Entered: 03/14/2007) |
| 03/13/2007 | 85 | ORDER GRANTING 84 JOINT MOTION OF PLAINTIFFS AND DEFENDANTS TO ADJOURN THE TELEPHONIC STATUS CONFERENCE. Telephonic Status Conference is reset to 5/17/07 at 9:30 a.m. before Magistrate Judge Tu M. Pham. Signed by Magistrate Judge Tu M. Pham on 3/13/07. (Pham, Tu) (Entered: 03/13/2007) |
| 03/13/2007 | | Set Deadlines/Hearings: Telephonic Status Conference reset for 5/17/2007 09:30 AM before Magistrate Judge Tu M. Pham per order #85. (jml, ) (Entered: 03/14/2007) |
| 03/14/2007 | 89 | MOTION for Admission Pro Hac Vice of Matthew I. Bachrack (proposed order submitted) by Trefimetaux SA, Europa Metalli Spa. (Attachments: # 1 Certificate of Good Standing# 2 Declaration of Matthew I. Bachrack# 3 Pro Hac Vice Receipt for Matthew I. Bachrack)(fsh, ) (Entered: 03/15/2007) |
| 03/14/2007 | 90 | MOTION for Admission Pro Hac Vice of Nicole Rothe (proposed order submitted) by Trefimetaux SA, Europa Metalli Spa. (Attachments: # 1 Certificate of Good Standing# 2 Declaration of Nicole Rothe# 3 Pro Hac Vice Receipt of Nicole Rothe)(fsh, ) (Entered: 03/15/2007) |
| 03/15/2007 | 91 | ORDER granting 86 Motion for Leave to Appear Pro Hac Vice. Signed by Judge Bernice B. Donald on 03/15/2007. (Donald, Bernice) (Entered: 03/15/2007) |
| 03/15/2007 | 92 | ORDER granting 87 Motion for Leave to Appear Pro Hac Vice. Signed by Judge Bernice B. Donald on 03/15/2007. (Donald, Bernice) (Entered: 03/15/2007) |
| 03/15/2007 | 93 | ORDER granting 88 Motion for Leave to Appear Pro Hac Vice. Signed by Judge Bernice B. Donald on 03/15/2007. (Donald, Bernice) (Entered: 03/15/2007) |
| 03/15/2007 | 94 | ORDER granting 89 Motion for Leave to Appear Pro Hac Vice. Signed by Judge Bernice B. |

| | | Donald on 03/15/2007. (Donald, Bernice) (Entered: 03/15/2007) |
|---|---|---|
| 03/15/2007 | 95 | ORDER granting 90 Motion for Leave to Appear Pro Hac Vice. Signed by Judge Bernice B. Donald on 03/15/2007. (Donald, Bernice) (Entered: 03/15/2007) |
| 03/21/2007 | 96 | NOTICE by Shilvock Company, Inc., PoolPak Technologies Corp., Twinco Supply Corporation, United Coolair Corp. re 78 Notice (Other) *Class Plaintiffs' Response to Filing by Defendant Mueller Industries, Inc. of Correspondence from the European Commission's Director of Anti-Cartel Enforcement* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit Unreported Case 1# 9 Exhibit Unreported Case 2)(Wade, B.) (Entered: 03/21/2007) |
| 03/23/2007 | 97 | MOTION for Leave to File Excess Pages *[proposed order submitted]* by Mueller Industries, Inc., Mueller Europe LTD, Trefimetaux SA, Europa Metalli Spa, Wieland Metals, Inc., Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC.. (Attachments: # 1 Memorandum in Support of Unopposed Motion of Defendants for Leave to File Memoranda in Excess of Twenty Pages# 2 Certificate of Consultation regarding Unopposed Motion for Leave to File Memorana in Excee of Twenty Pages# 3 Exhibit Certificate of Service) (Crawford, Robert) (Entered: 03/23/2007) |
| 03/27/2007 | 98 | ORDER granting 97 Motion for Leave to File Excess Pages . Signed by Judge Bernice B. Donald on 3/27/07. (Donald, Bernice) (Entered: 03/27/2007) |
| 03/29/2007 | 99 | MOTION to Dismiss *the Third Consolidated Amended Class Action Complaint* by Mueller Industries, Inc.. (Attachments: # 1 Memorandum of Law in Support of Defendant Mueller Industries, Inc.'s Motion to Dismiss the Third Consolidated Amended Class Action Complaint# 2 Exhibit Declaration of Maren H.P. Wax# 3 Exhibit 1 to Declaration of Maren H.P. Wax# 4 Exhibit 2 to Declaration of Maren H.P. Wax# 5 Exhibit 3 to Declaration of Maren H.P. Wax# 6 Exhibit 4 to Declaration of Maren H.P. Wax# 7 Exhibit 5 to Declaration of Maren H.P. Wax# 8 Exhibit 6 to Declaration of Maren H.P. Wax# 9 Exhibit Compendium of Unreported Cases Cited in Memo of Law# 10 Exhibit Certificate of Service)(Crawford, Robert) Modified on 4/2/2007 (jml, )as to text only(exh.). (Entered: 03/29/2007) |
| 03/29/2007 | 100 | MOTION to Dismiss *the Third Consolidated Amended Class Action Complaint* by Mueller Europe LTD. (Attachments: # 1 Memorandum of Law in Support of Defendant Mueller Europe Ltd.'s Motion to Dismiss the Third Consolidated Amended Class Action Complaint# 2 Exhibit Declaration of Patrick W. Donovan# 3 Exhibit 1 to Declaration of Patrick W. Donovan# 4 Exhibit Declaration of Maren H.P. Wax# 5 Exhibit 1 to Declaration of Maren H.P. Wax# 6 Exhibit 2 to Declaration of Maren H.P. Wax# 7 Exhibit 3 to Declaration of Maren H.P. Wax# 8 Exhibit 4 to Declaration of Maren H.P. Wax# 9 Exhibit 5 to Declaration of Maren H.P. Wax# 10 Exhibit 6 to Declaration of Maren H.P. Wax# 11 Exhibit Compendium of Unreported Cases Cited in Memo# 12 Exhibit Certificate of Service) (Crawford, Robert) Modified on 4/2/2007 (jml, )as to text only(exh.). (Entered: 03/29/2007) |
| 03/29/2007 | 101 | MOTION to Dismiss by Trefimetaux SA, Europa Metalli Spa, Wieland Metals, Inc., Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC.. (Attachments: # 1 Memorandum In Support Of Joint Motion To Dismiss Third Consolidated Amended Class Action Complaint# 2 Exhibit 1 to Memorandum in Support# 3 Exhibit 2 to Memorandum in Support# 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15 # 16 # 17 # 18 # 19 # 20 # 21 # 22 # 23 # 24 # 25 # 26 Certificate of Service)(Broadhurst, Jerome) (Entered: 03/29/2007) |

| 03/30/2007 | 102 | NOTICE by Trefimetaux SA, Europa Metalli Spa, Wieland Metals, Inc., Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC. re 101 MOTION to Dismiss *Index of Exhibits to the Memorandum of Law* (Attachments: # 1 Certificate of Service)(Broadhurst, Jerome) (Entered: 03/30/2007) |
|---|---|---|
| 04/02/2007 | 103 | PLEASE DISREGARD THIS NOTICE, ERRONEOUSLY SENT....COURTESY NOTICE: Pursuant to Rule 5 of the Federal Rules of Civil Procedure, document 101 MOTION to Dismiss filed by Trefimetaux SA,, Europa Metalli Spa,, Outokumpu Oyj,, Outokumpu Copper Products Oy,, Wieland Metals, Inc.,, Outokumpu Copper (USA), Inc.,, Outokumpu Copper Franklin, Inc.,, Outokumpu Heatcraft USA, LLC., has been filed. For future reference, please note that all attached documents are to be labeled with a brief description.. Filer is not required to resubmit document. (jml, ) Modified on 4/2/2007 (jml, )as to text only (Entered: 04/02/2007) |
| 04/03/2007 | 104 | NOTICE by Mueller Industries, Inc. re 78 Notice (Other), 96 Notice (Other), Notice (Other), Notice (Other) *Response of Mueller Industries, Inc. to Plaintiffs' Memoranda Addressing the Correspondence From the European Commission's Director of Anti-Cartel Enforcement* (Crawford, Robert) (Entered: 04/03/2007) |
| 04/25/2007 | 105 | MOTION for Extension of Time to File Response/Reply as to 101 MOTION to Dismiss, 99 MOTION to Dismiss *the Third Consolidated Amended Class Action Complaint*, 100 MOTION to Dismiss *the Third Consolidated Amended Class Action Complaint (proposed order submitted)* by Shilvock Company, Inc., PoolPak Technologies Corp., Twinco Supply Corporation, United Coolair Corp.. (Attachments: # 1 Memorandum # 2 Certificate of Consultation)(Wade, B.) (Entered: 04/25/2007) |
| 05/01/2007 | 106 | COURTESY NOTICE: Pursuant to Rule 5 of the Federal Rules of Civil Procedure, document 105 MOTION for Extension of Time to File Response/Reply as to 101 MOTION to Dismiss, 99 MOTION to Dismiss *the Third Consolidated Amended Class Action Complaint*, 100 MOTION to Dismiss *the Third Consolidated Amended Class Action Complaint* |
| 05/11/2007 | 107 | MOTION to Continue *the Status Conferences [proposed order submitted]* by Mueller Industries, Inc., Mueller Europe LTD, Trefimetaux SA, Europa Metalli Spa, Wieland Metals, Inc., Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC.. (Attachments: # 1 Memorandum in Support of Agreed Motion of Defendants to Adjourn the Status Conferences# 2 Certificate of Consultation re Agreed Motion of Defendants to Adjourn the Status Conferences# 3 Exhibit Certificate of Service in ACR Case)(Crawford, Robert) (Entered: 05/11/2007) |
| 05/14/2007 | 108 | ORDER denying 107 Motion to Continue Status Conference. Out of town counsel may participate via telephone at the status conference on 5/17/07 at 9:30 a.m. (CST). Interim Liaison Counsel shall be responsible for setting up the conference call with the parties and calling Judge Pham's courtroom at (901) 495-1311 after all parties are on the call. Signed by Magistrate Judge Tu M. Pham on 5/14/07. (Pham, Tu) (Entered: 05/14/2007) |
| 05/17/2007 | 109 | Minute Entry for proceedings held before Magistrate Judge Tu M. Pham : Status Conference held on 5/17/2007. The parties advised the court of the status of the cases. The court will notify the parties of the date for the scheduling conference, if necessary, after the court decides the pending dispositive motions. (Tape #FTR.) (wmw, ) (Entered: 05/17/2007) |

| 05/22/2007 | 110 | MOTION for Leave to File Excess Pages *proposed order submitted* by Shilvock Company, Inc., PoolPak Technologies Corp., Twinco Supply Corporation, United Coolair Corp.. (Attachments: # 1 Certificate of Consultation)(Wade, B.) (Entered: 05/22/2007) |
|---|---|---|
| 05/22/2007 | 111 | ORDER granting 105 Motion for Extension of Time to File Response/Reply. Signed by Judge Bernice B. Donald on 5/22/2007. (Donald, Bernice) (Entered: 05/22/2007) |
| 05/23/2007 | 112 | MOTION for Extension of Time to File Response/Reply as to 101 MOTION to Dismiss, 99 MOTION to Dismiss *the Third Consolidated Amended Class Action Complaint*, 100 MOTION to Dismiss *the Third Consolidated Amended Class Action Complaint proposed order submitted* by Shilvock Company, Inc., PoolPak Technologies Corp., Twinco Supply Corporation, United Coolair Corp.. (Attachments: # 1 Memorandum # 2 Certificate of Consultation)(Wade, B.) (Entered: 05/23/2007) |
| 05/23/2007 | 113 | ORDER Denying 65 Without Prejudice Motion of Certain Defendants to Phase Discovery. Signed by Magistrate Judge Tu M. Pham on 5/23/07. (Pham, Tu) (Entered: 05/23/2007) |
| 05/25/2007 | 114 | ORDER granting 110 Motion for Leave to File Excess Pages . Signed by Judge Bernice B. Donald on 5/25/07. (Donald, Bernice) (Entered: 05/25/2007) |
| 05/25/2007 | 115 | ORDER granting 112 Motion for Extension of Time to File Response/Reply re 100 MOTION to Dismiss *the Third Consolidated Amended Class Action Complaint*, 101 MOTION to Dismiss, 99 MOTION to Dismiss *the Third Consolidated Amended Class Action Complaint* Responses due by 6/1/2007. Signed by Judge Bernice B. Donald on 5/25/07. (Donald, Bernice) (Entered: 05/25/2007) |
| 06/01/2007 | 116 | RESPONSE in Opposition re 101 MOTION to Dismiss, 99 MOTION to Dismiss *the Third Consolidated Amended Class Action Complaint*, 100 MOTION to Dismiss *the Third Consolidated Amended Class Action Complaint* filed by Shilvock Company, Inc., PoolPak Technologies Corp., Twinco Supply Corporation, United Coolair Corp.. (Wade, B.) (Entered: 06/01/2007) |
| 06/01/2007 | 117 | RESPONSE in Opposition re 101 MOTION to Dismiss, 105 MOTION for Extension of Time to File Response/Reply as to 101 MOTION to Dismiss, 99 MOTION to Dismiss *the Third Consolidated Amended Class Action Complaint*, 100 MOTION to Dismiss *the Third Consolidated Amended Class Action Complaint100 MOTION to Dismiss the Third Consolidated Amended Class Action Complaint filed by Shilvock Company, Inc., PoolPak Technologies Corp., Twinco Supply Corporation, United Coolair Corp.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18# 19 Exhibit 19# 20 Exhibit 20# 21 Exhibit 21# 22 Exhibit 22# 23 Exhibit 23# 24 Exhibit 24# 25 Exhibit 25# 26 Exhibit 26# 27 Exhibit 27# 28 Exhibit 28# 29 Exhibit 29# 30 Exhibit 30# 31 Exhibit 31# 32 Exhibit 32# 33 Exhibit 33# 34 Exhibit 34# 35 Exhibit 35# 36 Exhibit 36# 37 Exhibit 37# 38 Exhibit 38# 39 Exhibit 39# 40 Exhibit 40# 41 Exhibit 41# 42 Exhibit 42# 43 Exhibit 43# 44 Exhibit 44# 45 Exhibit 45# 46 Exhibit 46# 47 Exhibit 47# 48 Exhibit 48# 49 Exhibit 49# 50 Exhibit 50)(Wade, B.) (Entered: 06/01/2007)* |
| 06/01/2007 | 118 | RESPONSE in Opposition re 101 MOTION to Dismiss, 99 MOTION to Dismiss *the Third Consolidated Amended Class Action Complaint*, 100 MOTION to Dismiss *the Third Consolidated Amended Class Action Complaint* filed by Shilvock Company, Inc., PoolPak Technologies Corp., Twinco Supply Corporation, United Coolair Corp.. (Attachments: # 1 unreported case 1# 2 unreported case 2# 3 unreported case 3# 4 unreported case 4# 5 |

| | | |
|---|---|---|
| | | unreported case 5# <u>6</u> unreported case 6# <u>7</u> unreported case 7# <u>8</u> unreported case 8# <u>9</u> unreported case 9# <u>10</u> unreported case 10# <u>11</u> unreported case 11# <u>12</u> unreported case 12# <u>13</u> unreported case 13# <u>14</u> unreported case 14# <u>15</u> unreported case 15# <u>16</u> unreported case 16# <u>17</u> unreported case 17# <u>18</u> unreported case 18# <u>19</u> unreported case 19# <u>20</u> unreported case 20# <u>21</u> unreported case 21# <u>22</u> unreported case 22# <u>23</u> unreported case 23# <u>24</u> unreported case 24# <u>25</u> unreported case 25# <u>26</u> unreported case 26# <u>27</u> unreported case 27# <u>28</u> unreported case 28# <u>29</u> unreported case 29# <u>30</u> slip opinion 1# <u>31</u> slip opinion 2# <u>32</u> slip opinion 3# <u>33</u> slip opinion 4)(Wade, B.) (Entered: 06/02/2007) |
| 06/11/2007 | <u>119</u> | MOTION for Leave to File Reply Briefs *in Support of Their Motions to Dismiss the Third Consolidated Amended Class Action Complaint [proposed order submitted]* by Mueller Industries, Inc., Mueller Europe LTD, Trefimetaux SA, Europa Metalli Spa, Wieland Metals, Inc., Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC.. (Attachments: # <u>1</u> Memorandum in Support of Defendants' Unopposed Motion for Leave to File REply Briefs# <u>2</u> Certificate of Consultation re Unopposed Motion for Leave to File Reply Briefs# <u>3</u> Exhibit Certificate of Service)(Crawford, Robert) (Entered: 06/11/2007) |
| 06/26/2007 | <u>120</u> | MOTION for Leave to File Excess Pages *proposed order submitted* by Mueller Industries, Inc., Mueller Europe LTD, Trefimetaux SA, Europa Metalli Spa, Wieland Metals, Inc., Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC.. (Attachments: # <u>1</u> Memorandum in Support of Defendants' Unopposed Motion for Leave to File Reply Memoranda in Excess of Twenty Pages# <u>2</u> Certificate of Consultation # <u>3</u> Exhibit Certificate of Service)(Broadhurst, Jerome) (Entered: 06/26/2007) |
| 06/28/2007 | <u>121</u> | MEMORANDUM in Support re <u>99</u> MOTION to Dismiss *the Third Consolidated Amended Class Action Complaint* filed by Mueller Industries, Inc.. (Attachments: # <u>1</u> Exhibit Compendium of Unreported Cases Cited in Reply Memorandum# <u>2</u> Exhibit Certificate of Service)(Crawford, Robert) (Entered: 06/28/2007) |
| 06/28/2007 | <u>122</u> | MEMORANDUM in Support re <u>100</u> MOTION to Dismiss *the Third Consolidated Amended Class Action Complaint* filed by Mueller Europe LTD. (Attachments: # <u>1</u> Exhibit Compendium of Unreported Cases Cited in Reply Memorandum# <u>2</u> Exhibit REply Declaration of Patrick W. Donovan# <u>3</u> Exhibit Declaration of Maren H.P. Wax# <u>4</u> Exhibit Exhibit A to Wax Declaration# <u>5</u> Exhibit Certificate of Service)(Crawford, Robert) (Entered: 06/28/2007) |
| 06/28/2007 | <u>123</u> | REPLY to Response to Motion re <u>101</u> MOTION to Dismiss, <u>120</u> MOTION for Leave to File Excess Pages *proposed order submitted,* <u>119</u> MOTION for Leave to File *Reply Briefs in Support of Their Motions to Dismiss the Third Consolidated Amended Class Action Complaint [proposed order submitted]* filed by Trefimetaux SA, Europa Metalli Spa, Wieland Metals, Inc., Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC.. (Attachments: # <u>1</u> Index to Attachments# <u>2</u> Exhibit 1 Commission Decision Dec. 21, 2005# <u>3</u> Exhibit 2 Commission Decision Dec. 9, 2004# <u>4</u> Exhibit 3 Commission Decision Dec. 17, 2002# <u>5</u> Exhibit 4 Excerpt from Barnhart Feb. 11, 1997 Speech# <u>6</u> Exhibit 5 Compendium of Unreported Cases# <u>7</u> Certificate of Service)(Broadhurst, Jerome) (Entered: 06/28/2007) |
| 06/29/2007 | 124 | COURTESY NOTICE: Pursuant to Rule 5 of the Federal Rules of Civil Procedure, document <u>122</u> Memorandum in Support of Motion, filed by Mueller Europe LTD,, <u>121</u> Memorandum in Support of Motion, filed by Mueller Industries, Inc., has been filed. For |

| | | future reference, please note that the category for the documents filed was incorrect, you should have been submitted under the 'Replies and Responses' category, then to 'Reply to Response'. Thank you.. Filer is not required to resubmit document. (jml, ) (Entered: 06/29/2007) |
|---|---|---|
| 07/02/2007 | 125 | ORDER finding as moot 39 Motion to Dismiss, finding as moot 40 Motion to Dismiss, finding as moot 41 Motion to Dismiss . Signed by Judge Bernice B. Donald on 7/2/07. (Donald, Bernice) (Entered: 07/02/2007) |
| 07/02/2007 | 126 | ORDER granting 119 Motion for Leave to File . Signed by Judge Bernice B. Donald on 7/2/07. (Donald, Bernice) (Entered: 07/02/2007) |
| 07/02/2007 | 127 | ORDER granting 120 Motion for Leave to File Excess Pages . Signed by Judge Bernice B. Donald on 7/2/06. (Donald, Bernice) (Entered: 07/02/2007) |
| 07/02/2007 | 128 | ORDER finding as moot 44 Motion to Establish a Briefing Schedule. Signed by Judge Bernice B. Donald on 7/2/07. (Donald, Bernice) (Entered: 07/02/2007) |
| 07/13/2007 | 129 | MOTION for Leave to File *Sur-Reply Brief in Opposition to Defendants' Motions to Dismiss the Third Consolidated Amended Class Action Complaint (proposed order submitted)* by Shilvock Company, Inc., PoolPak Technologies Corp., Twinco Supply Corporation, United Coolair Corp.. (Attachments: # 1 Certificate of Consultation)(Wade, B.) (Entered: 07/13/2007) |
| 07/13/2007 | 130 | MOTION for Leave to File *Briefs in Response to Any Sur-Reply Filed by Plaintiffs in Opposition to Defendants' Motions to Dismiss the Third Consolidated Amended Class Action Complaint [proposed order submitted]* by Mueller Industries, Inc., Mueller Europe LTD, Trefimetaux SA, Europa Metalli Spa, Wieland Metals, Inc., Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC.. (Attachments: # 1 Memorandum in Support of Defendants' Motion for Leave to File Briefs in Response to any Sur-Reply filed by Plaintiffs in Opposition to Defendants' Motions to Dismiss# 2 Certificate of Consultation re Motion for Leave to File Briefs# 3 Exhibit Certificate of Service)(Crawford, Robert) (Entered: 07/13/2007) |
| 07/16/2007 | | Docket entry # 131 sealed per law clerk's request. Document was entered in error. (jae, ) (Entered: 07/16/2007) |
| 07/16/2007 | 132 | ORDER denying 129 Motion for Leave to File . Signed by Judge Bernice B. Donald on 7/16/07. (Donald, Bernice) (Entered: 07/16/2007) |
| 07/16/2007 | 133 | ORDER finding as moot 130 Motion for Leave to File . Signed by Judge Bernice B. Donald on 7/16/07. (Donald, Bernice) (Entered: 07/16/2007) |
| 07/26/2007 | 134 | ORDER OF DISMISSAL. Signed by Judge Bernice B. Donald on 7/26/07. (Donald, Bernice) (Entered: 07/26/2007) |
| 07/27/2007 | 135 | JUDGMENT . Signed by Judge Bernice B. Donald on 7/27/07. (Donald, Bernice) (Entered: 07/27/2007) |
| 08/21/2007 | 136 | NOTICE OF APPEAL as to 134 Order on Motion to Dismiss,,, 135 Judgment by Shilvock Company, Inc., PoolPak Technologies Corp., Twinco Supply Corporation, United Coolair Corp.. Filing fee $ 455. (Wade, B.) (Entered: 08/21/2007) |

| 08/31/2007 | 137 | NOTICE OF CROSS APPEAL as to 134 Order on Motion to Dismiss,,, 135 Judgment by Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC.. Filing fee $ 455. (Attachments: # 1 Exhibit Certificate of Service)(Broadhurst, Jerome) (Entered: 08/31/2007) |
|---|---|---|
| 08/31/2007 | 138 | NOTICE OF CROSS APPEAL as to 134 Order on Motion to Dismiss,,, 135 Judgment by Trefimetaux SA, Europa Metalli Spa. Filing fee $ 455. (Carnahan, Colin) (Entered: 08/31/2007) |
| 08/31/2007 | 139 | NOTICE OF CROSS APPEAL as to 134 Order on Motion to Dismiss,,, 135 Judgment by Wieland Metals, Inc.. Filing fee $ 455. (Newsom, James) (Entered: 08/31/2007) |
| 08/31/2007 | 140 | NOTICE OF CROSS APPEAL as to 134 Order on Motion to Dismiss,,, 135 Judgment by Mueller Industries, Inc.. Filing fee $ 455. (Crawford, Robert) (Entered: 08/31/2007) |
| 08/31/2007 | 141 | NOTICE OF CROSS APPEAL as to 134 Order on Motion to Dismiss,,, 135 Judgment by Mueller Europe LTD. Filing fee $ 455. (Crawford, Robert) (Entered: 08/31/2007) |
| 09/01/2007 | 142 | USCA Case Number 07-6070 for 136 Notice of Appeal filed by PoolPak Technologies Corp.,, United Coolair Corp.,, Twinco Supply Corporation,, Shilvock Company, Inc.,. Mary Patterson case mgr. (jml, ) (Entered: 09/04/2007) |
| 09/07/2007 | 143 | USCA Appeal Fees received $ 455.00 receipt number M109428 re 136 Notice of Appeal filed by United Coolair Corp., PoolPak Technologies Corp., Shilvock Company, Inc., Twinco Supply Corporation (agj, ) (Entered: 09/12/2007) |
| 09/07/2007 | 144 | USCA Appeal Fees received $ 455.00 receipt number M109426 re 137 Notice of Cross Appeal, filed by Outokumpu Copper Franklin, Inc., Outokumpu Copper (USA), Inc., Outokumpu Heatcraft USA, LLC., Outokumpu Oyj, Outokumpu Copper Products Oy (agj, ) (Entered: 09/12/2007) |
| 09/07/2007 | 145 | USCA Appeal Fees received $ 455.00 receipt number M109429 re 139 Notice of Cross Appeal filed by Wieland Metals, Inc. (agj, ) (Entered: 09/12/2007) |
| 09/12/2007 | 146 | USCA Appeal Fees received $ 455.00 receipt number M109504 re 138 Notice of Cross Appeal filed by Europa Metalli Spa, Trefimetaux SA (agj, ) (Entered: 09/12/2007) |
| 09/13/2007 | 147 | USCA Appeal Fees received $ 910.00 receipt number M109542 re 141 Notice of Cross Appeal filed by Mueller Europe LTD, 140 Notice of Cross Appeal filed by Mueller Industries, Inc. (agj, ) (Entered: 09/13/2007) |
| 09/21/2007 | 148 | USCA Case Number 07-6149 for (137 in 2:06-cv-02207-BBD-tmp) Notice of Cross Appeal, filed by Outokumpu Copper Franklin, Inc., Outokumpu Copper (USA), Inc., Outokumpu Heatcraft USA, LLC., Outokumpu Oyj, Outokumpu Copper Products Oy. Mary Patterson case mgr. (jml, ) (Entered: 09/21/2007) |
| 09/21/2007 | 149 | USCA Case Number 07-6150 for (138 in 2:06-cv-02207-BBD-tmp) Notice of Cross Appeal filed by Europa Metalli Spa, Trefimetaux SA. Mary Patterson case mgr. (jml, ) (Entered: 09/21/2007) |
| 09/21/2007 | 150 | USCA Case Number 07-6151 for (139 in 2:06-cv-02207-BBD-tmp) Notice of Cross Appeal filed by Wieland Metals, Inc.. Mary Patterson case mgr. (jml, ) (Entered: 09/21/2007) |
| 09/21/2007 | 151 | USCA Case Number 07-6152 for (140 in 2:06-cv-02207-BBD-tmp) Notice of Cross Appeal filed by Mueller Industries, Inc.. Mary Patterson case mgr. (jml, ) (Entered: 09/21/2007) |

| 09/21/2007 | 152 | USCA Case Number 07-6153 for (141 in 2:06-cv-02207-BBD-tmp) Notice of Cross Appeal filed by Mueller Europe LTD. Mary Patterson case mgr. (jml, ) (Entered: 09/21/2007) |
| 04/03/2008 | 153 | ORDER of USCA as to 141 Notice of Cross Appeal filed by Mueller Europe LTD (vjm, ) (Entered: 04/10/2008) |
| 06/02/2008 | 154 | NOTICE by Glassman, Edwards, Wade & Wyatt, P.C., Audet & Partners, LLP *of Attorneys' Liens on Plaintiffs' Recovery* (Wade, B.) (Entered: 06/02/2008) |
| 06/02/2008 | 155 | MOTION to Deposit Funds *by Glassman, Edwards, Wade & Wyatt, P.C. and Audet & Partners, LLP, as Attorneys for Plaintiffs, for an Order Requiring Disputed Attorneys Fees and Expenses to be Deposited into the Registry of the Court Pending Resolution (Order to Show Cause Submitted)* by Glassman, Edwards, Wade & Wyatt, P.C., Audet & Partners, LLP. (Attachments: # 1 Memorandum, # 2 Certificate of Consultation)(Wade, B.) (Entered: 06/02/2008) |
| 06/02/2008 | 156 | Sealed Document. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Wade, B.) (Entered: 06/02/2008) |
| 06/03/2008 | 157 | RESPONSE in Opposition *to Motion to Deposit Funds* filed by WOLF HALDENSTEIN, et al. (Bramlett, Paul) (Entered: 06/03/2008) |
| 06/05/2008 | 158 | MOTION for Leave to File *a reply brief in further support of Motion as Attorneys for Plaintiffs for an Order Requiring Disputed Attorneys Fees and Expenses to be Deposited into the Registry of the Court Pending Resolution (proposed order submitted)* by Glassman, Edwards, Wade & Wyatt, P.C., Audet & Partners, LLP. (Attachments: # 1 Certificate of Consultation)(Wade, B.) (Entered: 06/05/2008) |
| 06/05/2008 | 159 | SEALED RESPONSE to Motion *and Proposed Order* filed by Mueller Industries, Inc., Mueller Europe LTD, Trefimetaux SA, Europa Metalli Spa, Wieland Metals, Inc., Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC.. (Crawford, Robert) (Entered: 06/05/2008) |
| 06/09/2008 | 160 | ORDER granting 158 Motion for Leave to File. Signed by Judge Bernice B. Donald on 06/09/2008. (Donald, Bernice) (Entered: 06/09/2008) |

| PACER Service Center | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 06/12/2008 11:31:12 | | |
| PACER Login: | gj0037 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:06-cv-02207-BBD-tmp |
| Billable Pages: | 18 | Cost: | 1.44 |



CLOSED

## U.S. District Court
## Western District of Tennessee (Memphis)
## CIVIL DOCKET FOR CASE #: 2:06-cv-02211-SHM-tmp

United Coolair Corp. v. Outokumpu Oyj et al
Assigned to: Judge Samuel H. Mays, Jr
Referred to: Magistrate Judge Tu M. Pham
Related Case: 2:06-cv-02355-BBD-tmp
Cause: 15:1 Antitrust Litigation

Date Filed: 04/11/2006
Date Terminated: 07/26/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

### Plaintiff

**United Coolair Corp.**
*on behalf of itself and all others similarly
situated*

represented by **B. J. Wade**
GLASSMAN EDWARDS WADE & WYATT,
P.C.
26 N. Second Street
Memphis, TN 38103
901-527-4673
Fax: 901-521-0940
Email: bwade@gewwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Kent Bramlett**
BRAMLETT LAW OFFICES
P.O. Box 150734
Nashville, TN 37215-0734
615-248-2828
Fax: 866-816-4116
Email: pknashlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Outokumpu Oyj**

represented by **Jerome A. Broadhurst**
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119-3972
901-756-6300
Fax: 901-260-5158
Email: jbroadhurst@appersoncrump.com
*LEAD ATTORNEY*

· *ATTORNEY TO BE NOTICED*

**Defendant**
**Outokumpu Copper Products Oy**                 represented by **Jerome A. Broadhurst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Outokumpu Copper (USA), Inc.**                 represented by **Jerome A. Broadhurst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Outokumpu Copper Franklin, Inc.**              represented by **Jerome A. Broadhurst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Outokumpu Heatcraft USA, LLC.**                represented by **Jerome A. Broadhurst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Mueller Industries, Inc.**                     represented by **Robert L. Crawford**
WYATT TARRANT & COMBS
P.O. Box 775000
1715 Brenner Drive Suite 800
Memphis, TN 38120
901-537-1052
Fax: 901-537-1010
Email: lcrawford@wyattfirm.com
*LEAD ATTORNEY* ·
*ATTORNEY TO BE NOTICED*

**Defendant**
**Mueller Europe LTD**

**Defendant**
**Wieland Werke AG**

**Defendant**
**KM Europa Metal AG**

**Defendant**
**Trefimetaux SA**

**Defendant**

**Europa Metalli Spa**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2006 | 1 | COMPLAINT against Mueller Industries, Inc., Mueller Europe LTD, Wieland Werke AG, KM Europa Metal AG, Trefimetaux SA, Europa Metalli Spa, Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC. (Filing fee $ 350.00 PAID RECPT#M100985) , filed by United Coolair Corp.(Attachments: # 1 Civil Cover Sheet)(cas) Modified on 4/13/2006 to edit text(fsh). (Entered: 04/12/2006) |
| 04/18/2006 | | Summons Issued as to Mueller Industries, Inc., Mueller Europe LTD, Wieland Werke AG, KM Europa Metal AG, Trefimetaux SA, Europa Metalli Spa, Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC.. (cas) (Entered: 04/25/2006) |
| 04/27/2006 | 2 | MOTION to Consolidate Cases *Proposed Order to Consolidate Related Class Action Cases, Coordinate All Related Cases and Appoint Interim Co-Lead and Liaison Counsel is being submitted to the Judge*, MOTION to Appoint Counsel by United Coolair Corp.. (Attachments: # 1 Certificate of Consultation Certificate of Consultation# 2 Memorandum Memorandum of Law in Support of Joint Motion for Consolidation, Coordination and For Appointment of Interim Class and Liaison Counsel# 3 Exhibit Exhibit 1 - MJF Affidavit# 4 Exhibit Exhibit 1 - Exhibit A - WHAFH resume# 5 Exhibit Exhibit 1 - exhibit b - copper order# 6 Exhibit Exhibit 2 - Smith v. AON order# 7 Exhibit Exhibit 3 - Audet Affidavit and Exhibit A# 8 Exhibit Exhibit 4 - Copper Order# 9 Exhibit Exhibit 5 - BJW Affidavit# 10 Exhibit Exhibit 5 - Exhibit A - BJW Resume# 11 Exhibit Exhibit 6 - Hansell Affidavit and Exh. A# 12 Exhibit Exhibit 7 - Bramlett Resume)(Wade, B.) (Entered: 04/27/2006) |
| 05/02/2006 | 3 | SUMMONS Returned Executed by United Coolair Corp.. Outokumpu Heatcraft USA, LLC. served on 4/28/2006, answer due 5/18/2006. (Wade, B.) (Entered: 05/02/2006) |
| 05/02/2006 | 4 | SUMMONS Returned Executed by United Coolair Corp.. Outokumpu Copper Franklin, Inc. served on 4/28/2006, answer due 5/18/2006. (Wade, B.) (Entered: 05/02/2006) |
| 05/03/2006 | 5 | RESPONSE to Motion re 2 MOTION to Consolidate Cases *Proposed Order to Consolidate Related Class Action Cases, Coordinate All Related Cases and Appoint Interim Co-Lead and Liaison Counsel is being submitted to the Judge* MOTION to Appoint Counsel MOTION to Appoint Counsel MOTION to Appoint Counsel MOTION to Appoint Counsel filed by Mueller Industries, Inc.. (Crawford, Robert) (Entered: 05/03/2006) |
| 05/05/2006 | 6 | SUMMONS Returned Executed by United Coolair Corp.. Outokumpu Copper (USA), Inc. served on 5/1/2006, answer due 5/22/2006. (Wade, B.) (Entered: 05/05/2006) |
| 05/09/2006 | 7 | SUMMONS Returned Executed by United Coolair Corp.. Mueller Industries, Inc. served on 5/8/2006, answer due 5/30/2006. (Wade, B.) (Entered: 05/09/2006) |
| 05/17/2006 | 8 | MOTION for Extension of Time to File Answer *Proposed Order Submitted* by Outokumpu Oyj, Outokumpu Copper Products Oy, Outokumpu Copper (USA), Inc., Outokumpu Copper Franklin, Inc., Outokumpu Heatcraft USA, LLC.. (Attachments: # 1 Memorandum in Support of Motion for Additional Time Within Which to Answer# 2 Certificate of Consultation)(Broadhurst, Jerome) |

| | | (Entered: 05/17/2006) |
|---|---|---|
| 05/24/2006 | 9 | MOTION for Extension of Time to File Answer *Proposed Order Submitted* by Mueller Industries, Inc.. (Crawford, Robert) (Entered: 05/24/2006) |
| 05/24/2006 | 10 | MEMORANDUM in Support re 9 MOTION for Extension of Time to File Answer *Proposed Order Submitted* filed by Mueller Industries, Inc.. (Crawford, Robert) (Entered: 05/24/2006) |
| 05/24/2006 | 11 | NOTICE by Mueller Industries, Inc. re 10 Memorandum in Support of Motion, 9 MOTION for Extension of Time to File Answer *Proposed Order Submitted Certificate of Consultation* (Crawford, Robert) (Entered: 05/24/2006) |
| 05/25/2006 | 12 | COURTESY NOTICE: Pursuant to Rule 5 of the Federal Rules of Civil Procedure, document 11 Notice (Other) filed by Mueller Industries, Inc.,, 10 Memorandum in Support of Motion filed by Mueller Industries, Inc., has been filed. For future reference, please note Documents related to the main document should be filed as attachments NOT as separate entries. Although the certificate of consultation was not filed according to ECF policies and procedures the filer should have used the correct event. There is an event under Notices titled "Certificate of Counsel" which would have been more appropriate. Filer is not required to resubmit document. (fsh) (Entered: 05/25/2006) |
| 05/25/2006 | 13 | ORDER granting 2 Motion to Consolidate Cases and Coordinate Related Actions, RECOMMENDS granting 2 Plaintiff's Motion to Appoint Plaintiffs' Interim Lead Counsel and Liason Counsel, granting 8 Defendants' Motion for Extension of Time to Answer, granting 9 Defendants' Motion for Extension of Time to Answer. Signed by Judge Tu M. Pham on 5/24/06. (Pham, Tu) (Entered: 05/25/2006) |
| 05/25/2006 | | Cases associated. case#06-2211 is consolidated with case# 06-2207 and #06-2225; Lead case# 06-2207 per order entry 13. (fsh,) (Entered: 05/26/2006) |
| 06/09/2006 | 14 | SETTING LETTER: Scheduling Conference set for 7/20/2006 10:00 AM in Courtroom 6 - Memphis before Tu M. Pham. (bdg, ) (Entered: 06/09/2006) |
| 06/21/2006 | 15 | WAIVER OF SERVICE Returned Executed by United Coolair Corp.. Mueller Europe LTD waiver sent on 6/20/2006, answer due 8/21/2006. (Wade, B.) (Entered: 06/21/2006) |
| 07/27/2007 | 16 | JUDGMENT . Signed by Judge Bernice B. Donald on 7/27/07. (Donald, Bernice) (Entered: 07/27/2007) |
| 09/21/2007 | 17 | USCA Case Number 07-6149 for (137 in 2:06-cv-02207-BBD-tmp) Notice of Cross Appeal, filed by Outokumpu Copper Franklin, Inc., Outokumpu Copper (USA), Inc., Outokumpu Heatcraft USA, LLC., Outokumpu Oyj, Outokumpu Copper Products Oy. Mary Patterson case mgr. (jml, ) (Entered: 09/21/2007) |
| 09/21/2007 | 18 | USCA Case Number 07-6150 for (138 in 2:06-cv-02207-BBD-tmp) Notice of Cross Appeal filed by Europa Metalli Spa, Trefimetaux SA. Mary Patterson case mgr. (jml, ) (Entered: 09/21/2007) |
| 09/21/2007 | 19 | USCA Case Number 07-6151 for (139 in 2:06-cv-02207-BBD-tmp) Notice of Cross Appeal filed by Wieland Metals, Inc.. Mary Patterson case mgr. (jml, ) (Entered: 09/21/2007) |
| 09/21/2007 | 20 | USCA Case Number 07-6152 for (140 in 2:06-cv-02207-BBD-tmp) Notice of Cross Appeal filed by Mueller Industries, Inc.. Mary Patterson case mgr. (jml, ) (Entered: 09/21/2007) |
| 09/21/2007 | 21 | USCA Case Number 07-6153 for (141 in 2:06-cv-02207-BBD-tmp) Notice of Cross Appeal filed by Mueller Europe LTD. Mary Patterson case mgr. (jml, ) (Entered: 09/21/2007) |

Case 1:08-cv-05751-JGK    Document 14-3    Filed 07/23/2008    Page 5 of 5

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/17/2008 16:01:41 | | |
| **PACER Login:** | gj0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:06-cv-02211-SHM-tmp |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |