# FEIN & JAKAB
ATTORNEYS AND COUNSELORS AT LAW

THE WOOLWORTH BUILDING
233 BROADWAY • SUITE 930
NEW YORK, NY 10279
TEL: (212) 732-9290
FAX: (212) 227-6479

July 16, 2008

**VIA HAND DELIVERY**
The Honorable John G. Koeltl
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2008

Re: Wolf Haldenstein et al. v. Glassman Edwards, et al
S.D.N.Y. Case No. 08 cv 5751 (JGK)

Dear Judge Koeltl:

I represent the Defendants, the law firms of Glassman, Edwards, Wade and Wyatt, P.C. and Audet & Partners, LLP, in the referenced action pending before Your Honor.

The parties are in the process of briefing a motion to transfer this action to the United States District Court for the Western District of Tennessee and a cross-motion to remand. Counsel for both sides have agreed to a briefing schedule in which Defendants' opposition to cross-motion and reply are due July 23 and Plaintiffs' reply is due July 30. Without objection, we ask that the Court permit the parties to proceed on their agreed briefing schedule.

The parties appreciate the Court's attention to this request.

Respectfully,

PETER JAKAB
(PJ-8553)

cc:   Thomas H. Burt, Esq.

APPLICATION GRANTED
SO ORDERED
John G. Koeltl, U.S.D.J.
7/18/08