UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP; KAPLAN FOX & KILSHEIMER LLP; PRETI FLAHERTY BELIVEAU & PACHIOS LLP; and BRAMLETT LAW OFFICES,<br><br>Plaintiff,<br><br>-against-<br><br>GLASSMAN, EDWARDS, WADE & WYATT, P.C. and AUDET & PARTNERS LLP,<br><br>Defendants. | Case No. 08-cv-5751 (JGK) |

## CERTIFICATE OF SERVICE

I, Tom Burt, hereby certify that on July 30, 2008, I caused the following documents:

(1) PLAINTIFFS' MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION TO REMAND;

(2) DECLARATION OF PAUL KENT BRAMLETT IN FURTHER SUPPORT OF MOTION TO REMAND, WITH EXHIBIT THERETO;

to be filed electronically with the Clerk of Court via ECF and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service.

Dated: July 30, 2008             /s/ Tom Burt
                                               TOM BURT